UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ASHLEY SMART, ) | Civil Action No. |
| Plaintiff, ) | 1:22-cv-00024 |
| ) | |
| v. ) | |
| ) | |
| FLOWAV, INC., ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Plaintiff Ashley Smart ("Plaintiff") and Defendant FloWav, Inc. ("Defendant"), by counsel, hereby stipulate and agree to the entry of this Consent Judgment against Defendant.

    a.    On December 15, 2021, Plaintiff filed an action entitled *Ashley Smart v. FloWav, Inc.*, Case No. 21-CI-00160 in the Circuit Court of Hamilton County, State of Tennessee ("State Lawsuit").

    b.    On January 31, 2022, the State Lawsuit was removed to this Court.

    c.    On February 24, 2022, Plaintiff filed an Amended Complaint in the above-captioned action asserting claims for violation of Tenn. Code. Ann. § 47-50-114, breach of contract, and promissory estoppel.

    d.    Defendant filed responsive pleadings denying the substantive allegations of the Amended Complaint.

    e.    On September 6, 2023, this Court granted Defendant's motion dismissing Plaintiff's claim under Tenn. Code Ann. § 47-50-114, with prejudice.

    f.    Plaintiff and Defendant have agree to the entry of this Consent Judgment for $85,649.04 against Defendant, plus post-judgment interest as allowed by law.

g. The parties represent and warrant that their signatories to this Consent Judgment have authority to act for and bind their respective parties.

The parties having agreed to the form and entry of this Consent Judgment, and for other good cause appearing;

IT IS on this 17th day of Oct. 2023 ORDERED as follows:

1. The parties have jointly presented this Consent Judgment to the Court for entry; and

2. After reviewing the pleadings it appears this Consent Judgment is proper and justified;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant is liable to Plaintiff on the remaining claims set forth in this action and Judgment is hereby entered in favor of Plaintiff Ashley Smart and against Defendant FloWav, Inc. in the amount of $85,649.04. Interest shall accrue as allowed by law. *The Clerk is directed to Close the Case.*

Honorable Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court

The undersigned Defendant, counsel for Defendant, Plaintiff, and counsel for Plaintiff hereby consent to the form and entry of the foregoing Order,

**Agreed To By Counsel:**

Respectfully submitted this 16th day of October, 2023.

*/s/ Joshua R. Ward*
Joshua R. Ward
Lacey Webb Rorex
Massey & Associates, PC
6400 Lee Highway
Suite 101
Chattanooga, TN 37421
Atlanta, GA 30308
423-697-4529
Fax: 423-634-8886

*Counsel for Plaintiff*

*/s/ Samantha Gerken*
Samantha Gerken
Heather Marie Gwinn
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067
615-772-9014
Fax: 615-970-7490

*Counsel for Defendant*

Agreed To By the Parties:

FLOWAV, INC.

By: Bruce Cohen
Its: CEO
Date: _____ 10/2/23

_____
ASHLEY SMART
Date: __10/11/23__